**Order entered December 2, 2022**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-22-01054-CV

### IN RE: ESTATE OF THOMAS TAIT KELLAM, DECEASED

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-19-02632-2**

### ORDER

Before the Court is the November 28, 2022 letter of counsel for appellant which we construe as a motion to substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to **REMOVE** Thomas L. Brackett with Barrett Daffin Frappier Turner & Engel, LLP and Mark D. Hopkins with Hopkins Law, PLLC as counsel for appellant and **SUBSTITUTE** Thomas G. Yoxall, Elizabeth K. Duffy, and Daron L. Janis with Lock Lord LLP in their place.

Also before the Court is appellant's November 30, 2022 unopposed motion for an extension of time to file the clerk's record. We **GRANT** the motion and extend the time to **December 15, 2022**.

/s/    KEN MOLBERG
                    JUSTICE